**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**DANIEL M. MOSHOS,**

    Petitioner,                                    CASE NO. 2:11-CV-663
                                                          JUDGE MARBLEY
    v.                                                      MAGISTRATE JUDGE KING

**ROBIN KNAB, WARDEN,
CHILLICOTHE CORRECTIONAL
INSTITUTION,**

    Respondent.

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 26, 2012 Opinion and Order, the Court ADOPTED AND AFFIRMED the Report and Recommendation.  Petitioner's Objection was OVERRULED.  Petitioner's request for a certificate of appealability is DENIED.

Date:  **March 26, 2012**                       James Bonini, Clerk

                                                                    s/Betty L. Clark
                                                       Betty L. Clark/Deputy Clerk